**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| TERRY DAY; individually and on behalf of similarly situated persons, | : | |
| | : | |
| | : | CIVIL ACTION FILE |
| Plaintiff, | : | NO. 1:22-CV-04987-TWT |
| | : | |
| v. | : | |
| | : | |
| JAMES VELISSARIS, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**JOINT MOTION TO APPROVE
FLSA SETTLEMENT AGREEMENT**

Plaintiff Terry Day, individually and on behalf of similarly situated persons, and Defendant James Velissaris (the "Parties), respectfully move for approval of the Fair Labor Standards Act settlement agreement entered into by the Parties, attached hereto as Exhibit "1". In support thereof, the Parties rely on the memorandum of law filed in support of this motion.

Respectfully submitted, this 13th day of September, 2023.

By:    s/ Michael B. Schoenfeld
Georgia Bar No. 863727
James D. Fagan, Jr.
Georgia Bar No. 253950
Stanford Fagan LLC
2540 Lakewood Avenue SW

Atlanta, GA 30315
(404) 622-0521, ext. 2244
michaels@sfglawyers.com
jfagan@sfglawyers.com

*Attorneys for Plaintiff*

By:  GILBERT LLP
/s/ Brandon Levey
W. Hunter Winstead, Esq. (pro hac vice forthcoming)
Michael Rush, Esq. (pro hac vice forthcoming)
Brandon Levey, Esq. (pro hac vice forthcoming)
700 Pennsylvania Avenue, SE
Suite 400
Washington, D.C. 20003
(202) 772-2200
winsteadh@gilbertlegal.com
rushm@gilbertlegal.com
leveyb@gilbertlegal.com

KREVOLIN & HORST, LLC
/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
1201 West Peachtree St NW
Suite 3250
Atlanta, Georgia, 30309
(404) 888-9700
(404) 888-9577 (Facsimile)
hknapp@khlawfirm.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, I submitted the foregoing

**JOINT MOTION TO APPROVE FLSA SETTLEMENT AGREEMENT** to

the Clerk of Court using the CM/ECF system, which will send a notification of

such filing to the following counsel of record for Defendant:

Halsey G. Knapp, Jr.
1201 West Peachtree St NW
Suite 3250
Atlanta, Georgia, 30309
hknapp@khlawfirm.com

Brandon Levey, Esq.
Gilbert LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, D.C. 20003
leveyb@gilbertlegal.com

By:    s/ Michael B. Schoenfeld