# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERRY DAY; individually and on behalf of similarly situated persons,<br><br>　　　Plaintiff,<br><br>v.<br><br>JAMES VELISSARIS,<br><br>　　　Defendant.<br>_____ | :<br>:<br>:   CIVIL ACTION FILE<br>:   NO. 1:22-CV-04987-TWT<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

Upon consideration of the Parties' Joint Motion to Approve FLSA Settlement Agreement and having reviewed the Parties' Settlement Agreement, this Court finds that the Settlement Agreement is a fair and reasonable settlement that is consistent with requirements of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.

Accordingly:

**IT IS HEREBY ORDERED** that the Joint Motion to Approve FLSA Settlement Agreement is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Settlement Agreement is **APPROVED**.

Plaintiff is to file a Stipulation of Dismissal of this action with prejudice within ten (10) calendar days of receipt of the settlement payments.

The Parties shall bear their own costs.

It is so ORDERED this  14th  day of   September  , 2023.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE